UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP ANDREW SCOTT, )
                Plaintiff, )
                 ) No. 1:21-cv-11
-v- )
                 ) Honorable Paul L. Maloney
CITY OF BATTLE CREEK, *et al.*, )
                Defendants. )
                 )

## JUDGMENT

The Court dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 14, 2022                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge